## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

C.P. AND D.P.                          :   No. 115 WM 2020
                                       :
                                       :
                 v.                    :
                                       :
                                       :
S.C. AND C.P.                          :
                                       :
                                       :
PETITION OF: S.C.                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.